**George Kaufmes, defendant in error, v. Jacob Lirtzman et al., plaintiffs in error. Gen. No. 36,910.**

Heard in the second division of this court for the first district at the October term, 1933. Opinion filed May 1, 1934.

Arkin, Berman & Marks, for plaintiffs in error; Francis J. Higgins, of counsel. G. A. Kyriakopulos, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

**Anton Presern, plaintiff in error, v. Louis Carabelli et al., defendants in error. Gen. No. 36,932.**

Heard in the second division of this court for the first district at the October term, 1933. Opinion filed May 1, 1934.

B. M. Steiner, for plaintiff in error. Charles J. Trainor, for defendants in error.

Mr. Justice Scanlan delivered the opinion of the court.

**Elia Levy, appellant, v. Rebecca Levy, appellee.**
**Rebecca Levy, appellee, v. Elia Levy, appellant. Gen. No. 36,966.**

Heard in the second division of this court for the first district at the October term, 1933. Opinion filed May 1, 1934.

William C. Napier, for appellant. Charles P. R. Macaulay, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

**I. Magnin and Company, appellant, v. Marie Lubin et al., appellees. Gen. No. 36,970.**

Heard in the second division of this court for the first district at the October term, 1933. Opinion filed May 1, 1934.

Stebbins & L'Amoreaux, for appellant; Lewis A. Stebbins and John M. Allen, of counsel. Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellees; Herbert M. Lautmann and Jesse H. Brown, of counsel. Max M. Grossman, guardian ad litem.

Mr. Justice Scanlan delivered the opinion of the court.